

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00237-CV

———————————————————

BOBBY SPEARS, INDIVIDUALLY, AND SPEARS CONSTRUCTION
MANAGEMENT, LLC, Appellants

V.

AMERICAN HOMESTAR OF LANCASTER, LLC AND AMERICAN HOMESTAR
CORPORATION, Appellees

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV-20-0608

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On September 22, 2025, we notified Appellants that the trial court clerk responsible for preparing the record in this appeal had informed us that Appellants have not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because Appellants have not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  October 16, 2025